IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| FERNANDO GONZALEZ, GREGORIO CASTILLO, MORRIS GARCIA, and JOSE MORALES, <br><br> *Plaintiffs,* <br> v. <br><br> THE FRENCH BREAD FACTORY, INC., <br><br> *Defendant.* | Civil No. 1:18-cv-201 <br><br> Hon. Liam O'Grady |

## ORDER

The Court has received the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Dkt. 14) and finds good cause to **GRANT** the motion. The Complaint is **DISMISSED WITH PREJUDICE** and with each party to bear its own costs and attorneys' fees.

It is **SO ORDERED.**

September ___ 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge